Mrs. Thomas E. MEREY v. Joseph ABRAHAM et al.

No. 1498.

Court of Appeal of Louisiana. First Circuit.

Dec. 9, 1935.

For former opinion, see 159 So. 146.

Robert A. Ainsworth, Jr., and Sam Monk Zelden, both of New Orleans, for appellant.

Taylor, Porter & Brooks, of Baton Rouge, for appellees.

DORE, Judge.

In this case, for the reasons stated in the opinion rendered by this court in the consolidated cases of Peter Mansur and Mrs.

Thomas E. Merey v. Joseph Abraham et al., 164 So. 418, it is ordered that our former decree dismissing plaintiff's case at her costs in both courts be reinstated and made final judgment of this court.

LE BLANC, J., concurs.